Case No. 24-1598/24-1676

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER


WAYSIDE CHURCH, an Illinois Not-For-Profit (Ecclesiastical) Corporation, individually and on behalf of a class of all others similarly situated
HENDERSON HODGENS, Van Buren County, individually and on behalf of a class of all others similarly situated; JOHN G. RIECKMAN, Alger County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; MARIA A. VANDERMEER, Allegan County, individually and on behalf of a class of all others similarly situated; RONALD DUBOIS, Antrim County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; CAROL DUBOIS, Antrim County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties;BRIAN CONNAUGHTON, Baraga County, individually and on behalf of a class of all others similarly situated; Randy Martin, Barry County, individually and on behalf of a class of all similiary in each of the aforesaid counties; Arlene M. Schultzpersonal representative of Abraham Olshansky, Benzie County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Abraham Olshansky;MICHAEL J. CAP, Berrien County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; JEREMY T. DESHONG, Calhoun County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; BONITA HIGHTOWER, Calhoun County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; CHAD A. PENCE, personal representative of the estate of Debra Jean Pence, Cass County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Debra Jean Pence; FRANCINE K. BAKER, Delta County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; MUNIR ALDIN, Chippewa County, individually and on behalf of a class of all others similarly situated; CARL WAITE, Dickinson County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; BRANDY LEE MARTIN, Eaton County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; CHARLES G. PARKS, Emmet County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; CRYSTAL A. RAATZ WUETHRICH, Gogebic County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; RONALD HARDMAN, Grand Traverse County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; JULIE HARDMAN, Grand Traverse County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; DIANE L. BAKER, Hillsdale County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; DUSTIN BURDETT, Houghton County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; DANNY BUTLER, Ingham County, individually and on behalf of a class of all others similarly situated in each of the

aforesaid counties; COLLENE C. NORTHRUP, Ionia County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; RANDALL BECKER, Iron County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; PERRIE KLAJA, Kalamazoo County, individually and on behalf of a class of all others similarly situated; MAX TRACEY, Kalkaska County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; TIMOTHY FRON, Kent County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; PAUL BINIAK, Lake County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; WILLIAM R. MOORE, Leelanau County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; PHYLLIS A. PEMBERTON-MILLER, personal representative of the estate of Barbara Pemberton, Mackinac County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Barbara Pemberton; IRENE DUNHAM-THAYER, Manistee County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; JAMES P. HAGLUND, Marquette County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; WILLIAM CROTTY, JR., Mason County, individually and on behalf of a class of all others similarly situated; LORELIE RODEFER, Menominee County, individually and on behalf of a class of all others similarly situated; MATTHEW ATKINSON, Montcalm County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; ARLENE ATKINSON, Montcalm County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; JAELYN W. BALASKAOVITZ, Muskegon County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; ROYCE D. COVELL, Newaygo County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; RUTH A. FORS, personal representative of the estate of Ned J. Fors, Ontonagon County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Ned J. Fors; CLIFFORD LEE, JR., Oceana County, individually and on behalf of a class of all others similarly situated; JASON GIBSON, Osceola County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; CRYSTAL RAMIREZ, Oceana County, individually and on behalf of a class of all others similarly situated; MELANIE LYN BOERMAN, personal representative of the estate of Tommy Wayne VanDyke, Ottawa County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Tommy Wayne VanDyke; JOHN DEROSHIA, Schoolcraft County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties; RICK MITCHEM, personal representative of the estate of Spanward Mitchem, St. Joseph County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties estate of Spanward Mitchem; LORI CARLSON, Wexford County, individually and on behalf of a class of all others similarly situated in each of the aforesaid counties

    Plaintiff - Appellees

and

ANN MEDEMA; LAVERA BRIGGS; LINDA GRIMWOOD; EVAN KNOLL; MARCIA

O'BRIEN; RONALD POORE; JASON WARREN; MICHAEL BOMANI; ALLEN HIGHLINE, Personal Rep; ARNOLD DODDE; MARK AUGENBLICK; AMANDA BULLARD; GLORY JOHNSON; PAULA JOHNSTON; BRIAN BOYER; JON BUNCE; ANGELA PEASE; SHAWN TALBERT-BROWN; JENNIFER ROBERTS, assignee; WAYNE BRENNAN; MARK S. KELLY; JOY HARGER; LINDA MARKLUND; MORRIS COLE; JENNIFER BROWN; JAMES BERRY; DAVID KALISH; SYLVIA MAAYETH; NORMAN KRUGER; FRED ROGERS; DONNA KIRKEY; PRISCILLA GONZALEZ; LOGAN JUDD; JAMES WHALEN; ANNIE EMBRY; BARBARA AUGENBICK; JEFFREY ZIOLKOWSKI, as Assignee of the Estate of Joseph Ziolkowski; DENNIS HARGER; BRET DEPUE; WALLACE YANNOTT

   Objectors - Appellants

v.

VAN BUREN COUNTY, MI, in its individual Michigan municipal capacity and on behalf of a class of all other Michigan counties similarly situated; ALGER COUNTY, MI; ALLEGAN COUNTY, MI; ANTRIM COUNTY, MI; BARAGA COUNTY, MI; BARRY COUNTY, MI; BENZIE COUNTY, MI; BERRIEN COUNTY, MI; CALHOUN COUNTY, MI; CASS COUNTY, MI; CHIPPEWA COUNTY, MI; DELTA COUNTY, MI; DICKINSON COUNTY, MI; EATON COUNTY, MI; EMMET COUNTY, MI; GOGEBIC COUNTY, MI; GRAND TRAVERSE COUNTY, MI; HILLSDALE COUNTY, MI; HOUGHTON COUNTY, MI; INGHAM COUNTY, MI; IONIA COUNTY, MI; IRON COUNTY, MI; KALAMAZOO COUNTY, MI; KALKASKA COUNTY, MI; KENT COUNTY, MI; LAKE COUNTY, MI; LEELANAU COUNTY, MI; MACKINAC COUNTY, MI; MANISTEE COUNTY, MI; MARQUETTE COUNTY, MI; MASON COUNTY, MI; MENOMINEE COUNTY, MI; MISSAUKEE COUNTY, MI; MONTCALM COUNTY, MI; MUSKEGON COUNTY, MI; NEWAYGO COUNTY, MI; OCEANA COUNTY, MI; ONTONAGON COUNTY, MI; OSCEOLA COUNTY, MI; OTTAWA COUNTY, MI; ST. JOSEPH COUNTY, MI; SCHOOLCRAFT COUNTY, MI; WEXFORD COUNTY, MI

   Defendants - Appellees

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

               **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
               Kelly L. Stephens, Clerk

Issued:  January 28, 2025                              _Kelly A. Stephens_