# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 28, 2025

**<u>Notice of Oral Argument at 10:00 a.m. (Eastern Time) on Wednesday, March 19, 2025</u>**

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Bloomfield Hills, MI 48304

Mr. E. Powell Miller
Miller Law Firm
950 W. University Drive
Rochester, MI 48307

Mr. Stephen J. Markman
Attorney at Law
387 Ives Road
Mason, MI 48854

Mr. Matthew T. Nelson
Warner Norcross & Judd
150 Ottawa Avenue, N.W.
Grand Rapids, MI 49503

Re: Nos. 24-1598 / 1676, *Wayside Church, et al v. Van Buren County, MI, et al*

Dear Counsel:

Your cases are scheduled for oral argument at **10:00 a.m. (Eastern Time) on Wednesday, March 19, 2025** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio. <u>The time allotted for oral argument is 15 minutes to be shared by the Appellants and 15 minutes to be shared by the Appellees</u>. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*. Please download this form from the website and file it by **<u>February 11, 2025</u>**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **<u>9:30 a.m. (Eastern Time)</u>**. Court will convene at 10:00 a.m. <u>Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor</u>.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                    Sincerely yours,

                    s/Lance A. Gifford
                    Senior Calendar Deputy

cc: Ms. Sharon Sue Almonrode
    Mr. Kyle Michael Asher
    Mr. Kevin Joseph Campbell
    Ms. Ashley Grace Chrysler
    Mr. Douglas J. Curlew
    Mr. Philip Lee Ellison
    Mr. Nathan Joshua Fink
    Mr. Matthew Edwin Gronda
    Mr. Andrew P. Hussey
    Mr. Christopher D. Kaye
    Mr. Charles Allen Lawler
    Mr. Theodore W. Seitz
    Mr. David J. Shea
    Ms. Magy Shenouda
    Mr. Timothy Harold Smith